UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: Wayne R. Murphy                          M. B. D. # 04-10307

## ORDER OF ADMINISTRATIVE SUSPENSION

PER CURIA                                        October 26, 2002

The Court having been advised that Wayne R. Murphy has been administratively suspended by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts and is likewise forthwith administratively suspended from the practice of law at the bar of the United States District Court for the District of Massachusetts.

Should Wayne R. Murphy desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

Upon notification of action taken by Wayne R. Murphy to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

Wayne R. Murphy shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order administrative suspension.

William G. Young

WILLIAM G. YOUNG
CHIEF JUDGE