BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF ADMINISTRATIVE SUSPENSION TO COURT

United States District Court
CRIMINAL CLERK'S OFFICE
ONE COURTHOUSE WAY
BOSTON, MA 02210

United States v. DeKorne
DOCKET NO. MJ03M832:001MBB

Joseph DeKorne
Essex County Jail
20 Manning Avenue
Middleton, MA 01949

    Pursuant to S.J.C. Rule 4:01, sec.17 and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been administratively suspended from further practice of the law in the Commonwealth and consequently am unable to act as an attorney effectively immediately.

Enclosed are copies of the notices of administrative suspension which I have sent to my client(s), counsel of record and those parties unrepresented by counsel.

Date: December 1, 2004

Wayne R. Murphy
43 Bowdoin Street Suite 1A
Boston, MA 02114
(617)710-6677

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF ADMINISTRATIVE SUSPENSION TO COUNSEL

AUSA ROBERT RICHARDSON
US ATTORNEY'S OFFICE
ONE COURTHOUSE WAY SUITE 9200
BOSTON, MA 02210


UNITED STATES DISTRICT COURT
US v. DEKORNE
DOCKET NO. MJ03M832:001MBB
CLIENT NAME JOSEPH DEKORNE

    Pursuant to S.J.C. Rule 4:01, sec.17 and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been administratively suspended from further practice of the law in the Commonwealth and consequently am unable to act as an attorney effectively immediately.

Date: December 1, 2004

Wayne R. Murphy
43 Bowdoin Street Suite 1A
Boston, MA 02114
(617)710-6677

# WAYNE R. MURPHY

43 BOWDOIN STREET, BOSTON, MASSACHUSETTS 02114
617-227-7777 • FAX 617-227-2186

November 30, 2004

Mr. Joseph DeKorne
Essex County Jail
P.O. Box 807
Middleton, MA, 01949



Dear Joseph:

  I regret to inform you that I am no longer able to represent you in the above-listed matter. I want you to know at the outset that this step has nothing to do with the merits of your case, our relationship to date, or my confidence in the course we have chosen to pursue in resolving your case in a manner favorable to you. Simply put, the problem I am having relates to an issue that has nothing to do with your case.

  In this state, anyone, including a present or former client, can file a complaint about a lawyer concerning any real or imagined problem. Those complaints are handled by a court agency called the Massachusetts Board of Bar Overseers. It is that agency's job to review any complaint and determine whether it is valid or not. Unfortunately, complaints have been filed against me by past clients. Instead of dealing with these matters expeditiously, I failed to pay adequate attention and did not respond to the Board in a timely manner. I believe, that had I done so, it would have been unlikely that I would be writing to you with this message regarding this Board matter.

  The Board has a practice of dealing with lawyers who fail to deal with these matters in a speedy manner. Since I have not been as cooperative as I should have been, I have been administratively suspended until such time as the Board believes that I have cooperated adequately. The investigation has not resulted in my being found responsible of any wrongdoing. I believe that my cooperation with the Board will result in the speedy withdrawal of this present administrative suspension barrier and promptly return me to the practice of law.

  After consultation with my legal advisors, I understand that the administrative suspension may well be lifted within the next thirty (30) days, if not sooner. When the administrative suspension is lifted I will be free to resume work as an attorney. If you believe it advisable to secure alternative counsel in the interim, and you desire my assistance in this regard, please let me know.

  I have a meeting with the Board of Bar Overseers on Friday December 3, 2004 and the process for lifting the administrative suspension will begin immediately at the

conclusion of the meeting. It would be my pleasure to update you as to my status as soon as possible.

    I am sorry that this matter, which has nothing to do with your case, has nevertheless had an impact on you. Thank you for your time and attention to this matter. Please do not hesitate to contact me. Feel free to contact me on my mobile phone number (617) 710-6677.

                                Very truly yours,

                                Wayne R. Murphy