BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF ADMINISTRATIVE SUSPENSION TO COURT

United States District Court
CRIMINAL CLERK'S OFFICE
ONE COURTHOUSE WAY
BOSTON, MA 02210

United States v. Alberico  
DOCKET NO. 02-10243-PBS

Lynn Alberico
68 Old Farm Road
Centerville, MA 02632

  Pursuant to S.J.C. Rule 4:01, sec.17 and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been administratively suspended from further practice of the law in the Commonwealth and consequently am unable to act as an attorney effectively immediately.
Enclosed are copies of the notices of administrative suspension which I have sent to my client(s), counsel of record and those parties unrepresented by counsel.

Date: December 1, 2004

_____
Wayne R. Murphy
43 Bowdoin Street Suite 1A
Boston, MA 02114
(617)710-6677

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF ADMINISTRATIVE SUSPENSION TO COUNSEL

AUSA S. POSWISTILO
US ATTORNEY'S OFFICE
ONE COURTHOUSE WAY SUITE 9200
BOSTON, MA 02210

MICHAEL KENDALL, ESQ
McDERMOTT, WILL & EMERY
28 STATE STREET
BOSTON, MA 02109

US DISTRICT COURT
US V. UPTON, et al
DOCKET NO.
CLIENT NAME LYNN ALBERICO

Pursuant to S.J.C. Rule 4:01, sec.17 and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been administratively suspended from further practice of the law in the Commonwealth and consequently am unable to act as an attorney effectively immediately.

Date: December 1, 2004

Wayne R. Murphy
43 Bowdoin Street Suite 1A
Boston, MA 02114
(617)710-6677