UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN -3 P 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE MATTER OF:               )
                                )
WAYNE R. MURPHY                 )    NO. M.B.D. # 04-10307
                                )
                                )

### PETITION FOR REINSTATEMENT

NOW COMES Wayne R. Murphy, by and through the undersigned counsel and, pursuant to Local Rule 83.6(7) hereby petitions this court for his reinstatement to practice law before the United States District Court for the District of Massachusetts. In support of this petition the undersigned states as follows:

1. On December 24, 2004 by Order of the Massachusetts Supreme Judicial Court (Marshall, C.J.) Mr. Murphy was was reinstated as a member of the Bar of the Commonwealth of Massachusetts. *See copy of Notice of Docket Entry attached;*

2. Mr. Murphy has complied with all conditions of the administrative suspension imposed by the Massachusetts Supreme Judicial Court as well as all conditions imposed by this Court's Order of Administrative Suspension dated October 26, *200[2] [mistake in original]. See Affidavit of Wayne R. Murphy attached;*

3. Local Rule 83.6(7) allows for the reinstatement of Mr. Murphy.

WHEREFORE, it is respectfully prayed that this Honorable Court allow the within Petition for Reinstatement.

                                      Respectfully submitted,
                                      Wayne R. Murphy
                                      By his attorneys,

*/s/ Joseph E. Haviland/dcm*
Joseph E. Haviland (BBO #643814)
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA 02210
(617) 371-1000

DATED: January 3, 2005