UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN -3  P 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE MATTER OF:   )
  )
WAYNE R. MURPHY    )   NO. M.B.D. # 04-10307
  )

### AFFIDAVIT OF WAYNE R. MURPHY IN SUPPORT OF PETITION FOR REINSTATEMENT

NOW COMES WAYNE R. MURPHY, and being duly sworn, avers as follows:

1. My name is Wayne R. Murphy; and

2. On December 24, 2004 by Order of the Massachusetts Supreme Judicial Court (Marshall, C.J.) I was reinstated as a member of the Bar of the Commonwealth of Massachusetts. *See copy of Notice of Docket Entry attached;*

3. I have complied with all conditions of the administrative suspension imposed by the Massachusetts Supreme Judicial Court as well as all conditions imposed by this Court's Order of Administrative Suspension dated October 26, *200[2] [mistake in original]*;

Signed under the penalties of perjury this 3rd day of January, 2005.

_____
Wayne R. Murphy